# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Joseph C. Redmond

   v.                                          Case Number: 5:05cv65 (DEP)

The Commissioner of Social Security
Jo Anne B. Barnhart, Commissioner

    [X]   Decision by Court.    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** the defendant's motion for judgment on the pleading was granted and the Commissioner's determination in this matter be affirmed, and the plaintiff's Complaint is dismissed in all respects.

    All of the above pursuant to an Order of the United States Magistrate Judge David E. Peebles, dated May 21st, 2007.

Lawrence K. Baerman, Clerk

Dated: May 22, 2007

*(signature)*
Clerk of Court

s/

Marie N. Marra, Deputy Clerk